IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JERMAIN KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-3213 |
| | ) | |
| SHERIFF OF SCHUYLER COUNTY | ) | |
| DON L. SCHIEFERRDECKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE AFFIDAVIT

NOW COME the Defendants, ILLINOIS DEPARTMENT OF HUMAN SERVICES, TANYA CLAIRMONT, CHRIS CLAYTON, JOE DORSEY, JOE HANKINS, SANDRA HAYS, MICHAEL HOWARD, DAVID JACOBSEN, JOHN JESLIS, DAVE KUNKEL, DAVID KURFMAN, EUGENE MCADORY, DARRELL SANDERS, GREGG SCOTT, COLETTE VOLK, and TARRY WILLIAMS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby request this honorable Court to substitute the signed affidavit of Defendant, JOE DORSEY, for the unsigned version which was included in Defendants' previously filed Memorandum of Law in Support of Defendant's Motion for Summary Judgment (Ct. Doc. #109).  In support, Defendants state as follows:

1.      On April 1, 2011, Defendants filed a Memorandum of Law in Support of Defendants' Motion for Summary Judgment, which included an unsigned affidavit of Defendant Joe Dorsey.

2. The contents of that affidavit were affirmed by the affiant prior to the filing of the Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

3. The affiant then executed the attached signed affidavit.

WHEREFORE, Defendants respectfully request that this honorable Court substitute the signed and executed affidavit of Defendant Joe Dorsey for the unsigned version submitted with Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

Respectfully submitted,

ILLINOIS DEPARTMENT OF HUMAN SERVICES, TANYA CLAIRMONT, CHRIS CLAYTON, JOE DORSEY, JOE HANKINS, SANDRA HAYS, MICHAEL HOWARD, DAVID JACOBSEN, JOHN JESLIS, DAVE KUNKEL, DAVID KURFMAN, EUGENE MCADORY, DARRELL SANDERS, GREGG SCOTT, COLETTE VOLK, and TARRY WILLIAMS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  |
|---|---|---|
| JERMAIN KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-3213 |
| | ) | |
| SHERIFF OF SCHUYLER COUNTY | ) | |
| DON L. SCHIEFERRDECKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, I electronically filed a Motion to Substitute Affidavit with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Julie M. Koerner
jkoerner@okgc.com


and I hereby certify that on April 1, 2011, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Jermaine King
1805 Houston Avenue
Joliet, Illinois  60433


Respectfully Submitted,

 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail:  kchoate@atg.state.il.us